Argued April 27, affirmed June 27, 1978

DUNCAN, *Petitioner,*
*v.*
CROM PRESTRESSING, INC., *Respondent.*
(WCB No. 76-5527, CA 9507)

579 P2d 1309

Thomas A. Caruso, Portland, argued the cause for petitioner. With him on the brief was Bailey, Welch, Bruun & Green, Portland.

John H. Kottkamp and Samuel E. Tucker, Pendleton, argued the cause for respondent. With them on the brief was Kottkamp & O'Rourke, Pendleton.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *See Bowman v. Oregon Transfer Co.,* 33 Or App 241, 576 P2d 27 (1978).